Form18-1

**Form 18**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

<table>
<tr>
<td>
TENARIS BAY CITY, INC., MAVERICK TUBE CORPORATION,<br>
IPSCO TUBULARS INC., TENARIS GLOBAL SERVICES<br>
(U.S.A.) CORPORATION, AND SIDERCA S.A.I.C.,<br><br>
                                     Plaintiff,<br><br>
    v.<br><br>
United States,<br><br>
                                   Defendant.
</td>
<td>
Court No. 22-00344<br>
[and Attached Schedule]
</td>
</tr>
</table>

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

___Sarah E. Shulman_____ declares that (check one)

1)    TERMINATION BY AN INDIVIDUAL

[✓]    I am an attorney/consultant representing or retained on behalf of___United States Steel___ ___Corporation_____ in this action [and on behalf of the parties indicated in the actions listed on the attached schedule]. I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s]. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

Tenaris Bay City, Inc., Maverick Tube Corporation,
IPSCO Tubulars Inc., Tenaris Global Services
(U.S.A.) Corporation, And Siderca S.A.I.C. v. US           22-00344

      [Name of proceeding]                   [Case or investigation no.]

OR

Form18-2

2)     TERMINATION BY A FIRM

☐     I am an attorney representing _____in this action [and the parties indicated in the actions listed on the attached schedule].  I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____                    _____
  [Name of proceeding]                              [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

/s/ Sarah E. Shulman
_____
  [Attorney or consultant]

Cassidy Levy Kent LLP
_____

2112 Pennsylvania Avenue NW Suite 300 Washington, DC 20037
_____

+1 (202) 567-2300
_____
  [Address and Telephone Number]

Date: July 2nd 2025_____

Form18-3

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 23-00221 | BYD (H.K.) Co., Ltd. v. US And Auxin Solar Inc | Auxin Solar Inc |
| 23-00222 | Canadian Solar International Ltd. v. US and Auxin Solar Inc | Auxin Solar Inc |
| 23-00223 | Auxin Solar Inc. v. United States | Auxin Solar Inc. |
| 23-00224 | Auxin Solar Inc. v. United States | Auxin Solar Inc. |
| 23-00225 | Auxin Solar Inc. v. United States | Auxin Solar Inc. |
| 23-00226 | Auxin Solar Inc. v. United States | Auxin Solar Inc. |
| 23-00227 | Trina Solar Science & Technology (Thailand) Ltd. v. US and Auxin Solar Inc | Auxin Solar Inc |
| 23-00228 | Trina Solar (Vietnam) Science & Technology Co., Ltd. v. US and Auxin Solar Inc | Auxin Solar Inc |
| 23-00229 | Red Sun Energy Long and Company Ltd. v. US and Auxin Solar Inc | Auxin Solar Inc |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-4

## Schedule to Notification of Termination of Access
## to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 14-00066 | Bell Supply Company LLC v US | United States Steel Corporation |
| 17-00091 | Nexteel Co., Ltd. v. US | United States Steel Corporation |
| 21-00532 | PAO TMK v. United States | United States Steel Corporation |
| 23-00002 | Tenaris Bay City, Inc., Maverick Tube Corporation, IPSCO Tubulars Inc., Tenaris Global Services (U.S.A.) CORPORATION, and Tubos De Acero de Mexico, S.A. v. US | United States Steel Corporation |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-5

### Schedule to Notification of Termination of Access
### to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 22-00343 | Tenaris Bay City, Inc., Maverick Tube Corporation, IPSO Tubulars Inc., Tenaris Global Services (U.S.A.) Corporation, And Siderca S.A.I.C. V. US | United States Steel Corporation |
| 22-00346 | TMK GROUP and Tenaris Bay City, Inc., Maverick Tube Corporation, IPSO Tubulars Inc. V. US | United States Steel Corporation |
| 22-00350 | Ereğli Demir Ve Çelik Fabrikalari T.A.Ş. v. United States International Trade Commission | United States Steel Corporation |
| 22-00351 | Ereğli Demir Ve Çelik Fabrikalari T.A.Ş. v. United States International Trade Commission | United States Steel Corporation |
| 22-00353 | Bluescope Steel, Ltd., Bluescope Steel Americas Inc., North Star Bluescope Steel LLC v. United States and Cleveland-Cliffs Inc., Steel Dynamics, Inc., Ssab Enterprises, LLC, Nucor Corporation | United States Steel Corporation |
| 21-00288 | CVB, Inc. v. US | Brooklyn Bedding LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI Inc.; Innocor Inc.; Kolcraft Enterprises Inc.; Leggett & Platt Inc.; International Brotherhood of Teamsters; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO v. US |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-6

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 21-00277 | PT. Zinus Global Indonesia v. US | Brooklyn Bedding LLC, Corsicana Mattress Company, Elite Comfort Solutions, FXI Inc., Innocor Inc., Kolcraft Enterprises Inc., Leggett & Platt Inc., International Brotherhood of Teamsters, and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO |
| 21-00281 | Best Mattresses International Company Limited and Rose Lion Furniture International Company v. US | Brooklyn Bedding, LLC, Corsicana Mattress Company, Elite Comfort Solutions, FXI, Inc., Innocor, Inc., Kolcraft Enterprises Inc., Leggett & Platt Incorporated, the International Brotherhood of Teamsters, and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO |
| 21-00282 | Brooklyn Bedding LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI Inc.; Innocor Inc.; Kolcraft Enterprises Inc.; Leggett & Platt Inc.; International Brotherhood of Teamsters; and United Steel Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO   v.   US | Brooklyn Bedding, LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI, Inc.; Innocor, Inc.; Kolcraft Enterprises Inc.; Leggett & Platt, Incorporated; the International Brotherhood of Teamsters; and United Steel,Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-7

## Schedule to Notification of Termination of Access
## to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 21-00283 | Ashley Furniture Industries, LLC, Ashley Furniture Trading Company, Wanek Furniture Co., Ltd., Millennium Furniture Co., Ltd., and Comfort Bedding Company Limited v. US | Brooklyn Bedding, LLC, Corsicana Mattress Company, Elite Comfort Solutions, FXI Inc., Innocor Inc., Kolcraft Enterprises Inc., Leggett & Platt Inc., International Brotherhood of Teamsters, and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO |
| 21-00284 | Brooklyn Bedding LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI Inc.; Innocor Inc.; Kolcraft Enterprises Inc.; Leggett & Platt Inc; International Brotherhood of Teamsters; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO v. US | Brooklyn Bedding LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI Inc.; Innocor Inc.; Kolcraft Enterprises Inc.; Leggett & Platt Incorporated; International Brotherhood of Teamsters; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO |
| 21-00285 | Brooklyn Bedding LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI Inc.; Innocor Inc.; Kolcraft Enterprises Inc.; Leggett & Platt Inc.; International Brotherhood of Teamsters; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO v. US | Brooklyn Bedding LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI Inc.; Innocor Inc.; Kolcraft Enterprises Inc.; Leggett & Platt Incorporated; International Brotherhood of Teamsters; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO |
| 21-00286 | Brooklyn Bedding LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI Inc.; Innocor Inc.; Kolcraft Enterprises Inc.; Leggett & Platt Inc.; International Brotherhood of Teamsters; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO v. US | Brooklyn Bedding LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI Inc.; Innocor Inc.; Kolcraft Enterprises Inc.; Leggett & Platt Incorporated; International Brotherhood of Teamsters; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO v. US |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)